July, P.T., P.C. v Metropolitan Group Prop. & Cas. Ins. (2022 NY Slip Op
50302(U))

[*1]

July, P.T., P.C. v Metropolitan Group Prop. & Cas. Ins.

2022 NY Slip Op 50302(U) [74 Misc 3d 137(A)]

Decided on April 1, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through April 21, 2022; it will
not be published in the printed Official Reports.

Decided on April 1, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, CHEREE A. BUGGS,
JJ

2020-705 K C

July, P.T., P.C., as Assignee of Kevon
Benfield, Appellant, 
against
Metropolitan Group Property and Casualty Ins., Respondent.

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Bruno, Gerbino, Soriano & Aitken, LLP (Susan B. Eisner of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Matthew P.
Blum, J.), entered March 10, 2020. The order granted defendant's motion for summary judgment
dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly
scheduled examinations under oath (EUOs).
Contrary to plaintiff's sole contention on appeal, the affidavit by defendant's special
investigator who was scheduled to conduct the EUOs, accompanied by certified transcripts of the
EUOs, established that the assignor had failed to appear at either of the EUOs (see Pavlova v Nationwide Ins., 70 Misc
3d 144[A], 2021 NY Slip Op 50213[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2021]; TAM Med. Supply Corp. v 21st
Century Ins. Co., 57 Misc 3d 149[A], 2017 NY Slip Op 51510[U] [App Term, 2d Dept,
2d, 11th & 13th Jud Dists 2017];
Atlantic Radiology Imaging, P.C. v Metropolitan Prop. & Cas. Ins. Co., 50 Misc 3d
147[A], 2016 NY Slip Op 50321[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2016]), thereby demonstrating that plaintiff's assignor had failed to comply with a condition
precedent to coverage (see 11 NYCRR 65-1.1; Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35
AD3d 720, 722 [2006]).
Accordingly, the order is affirmed. 
ALIOTTA, P.J., WESTON and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 1, 2022